IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYREES MURRAY,

    Petitioner,

v.

MICHAEL THURMER, Warden,
Waupun Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-810-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition of Tyrees Murray for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice.

_____    _____9/12/11_____
Peter Oppeneer, Clerk of Court                    Date